**FOLEY & LARDNER LLP**
ROBERT E. CAMORS JR.  CA 121204
BOBCAMORS@FOLEY.COM
GINA A. BIBBY  CA 242657
GBIBBY@FOLEY.COM
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:  650.856.3700
FACSIMILE:    650.856.3710

**FOLEY & LARDNER LLP**
Steven J. Rizzi (ADMITTED Pro Hac Vice)
SRIZZI@FOLEY.COM
90 Park Avenue
New York, NY 10016-1314
Tel: 212.682.7474
Fax: 212.687.2329

Attorney for Plaintiffs/Counter-Defendants
ADVANCED SEMICONDUCTOR ENGINEERING INC., ASE TEST LIMITED
AND ASE (U.S.), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC., <br><br>    Plaintiffs, <br><br> vs. <br><br> TESSERA, INC., <br><br>    Defendant. <br><br> TESSERA, INC., <br><br>    Counterclaimant, <br><br> vs. <br><br> ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC., <br><br>    Counterclaim-Defendants. | Case No  4:08-CV-03726 (CW) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

1.   WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2.   WHEREAS, the Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd,. et al. v. Tessera,* Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc., et al. v. Tessera,* Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.,* Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3.   WHEREAS the parties in the AMD and Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Final Determination is under appeal to the Federal Circuit in Case Number 09-1460. The appeal is now fully briefed and oral argument is scheduled for June 9, 2010, and;

4.   WHEREAS the parties in the Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-649 is that on August 7, 2009, the Commission issued a Notice of Determination Not To Review An Initial Determination Granting Complainant's Motion to Terminate The Investigation; Termination of Investigation thereby making the termination of the investigation final; and

5.   WHEREAS, since a final resolution of ITC's 337-TA-605 investigation, including appeals, is unlikely to occur before December 1, 2010, the parties in the Related Cases

1

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF   Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

1  believe that it would be most efficient to further postpone the case management conference and
2  related activity in the AMD case and the Related Cases until December 14, 2010; and
3        6.    WHEREAS, the parties in the Related Cases agree that there would be no
4  prejudice to the parties in moving the case management conference, as those cases are currently
5  stayed;
6        THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
7  parties in the AMD case and in the Related Cases, through their undersigned respective attorneys
8  of record, based on the foregoing, and subject to the approval of this Court, that:
9        1.    The case management conference currently scheduled for June 22, 2010 at 2:00
10 p.m. in the AMD case and the Related Cases shall be rescheduled for 12/14/2010 at 2:00
11 p.m., or as soon thereafter as the Court is available;
12       PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 11th day of June, 2010.

_____
Honorable Claudia Wilken
United States District Judge

2

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF   Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

Submitted by:

Dated: June 8, 2010                                /s/
                                                    _____
                                                    Robert E. Camors, Jr.
                                                    FOLEY & LARDNER, LLP
                                                    Attorney for Plaintiffs ADVANCED
                                                    SEMICONDUCTOR ENGINEERING, INC., ASE
                                                    TEST LIMITED, and ASE (U.S.) INC.

Dated: June 8, 2010                                /s/
                                                    _____
                                                    Michael Heafey
                                                    ORRICK, HERRINGTON & SUTCLIFFE
                                                    Attorney for Plaintiffs SILICONWARE PRECISION
                                                    INDUSTRIES CO., LTD. and SILICONWARE
                                                    U.S.A.

Dated: June 8, 2010                                /s/
                                                    _____
                                                    Lawrence E. Butler
                                                    SEYFARTH SHAW LLP
                                                    Attorney for Plaintiffs CHIPMOS TECHNOLOGIES
                                                    INC., CHIPMOS TECHNOLOGIES (BERMUDA)
                                                    LTD. and CHIPMOS U.S.A., INC.

Dated: June 8, 2010                                /s/
                                                    _____
                                                    Michael B. Smith
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    Attorney for Defendant TESSERA, INC.

Concurrence in the filing of this document has been obtained from the signatories listed above.

Dated: June 8, 2010                                SEYFARTH SHAW LLP

                                                    /s/
                                                    _____
                                                    Lawrence E. Butler

                                                    Attorney for Plaintiffs CHIPMOS TECHNOLOGIES
                                                    INC., CHIPMOS TECHNOLOGIES (BERMUDA)
                                                    LTD. and CHIPMOS U.S.A., INC.

3

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF          Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

**Attestation Pursuant to General Order No. 45, Section X**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June 8, 2010                             /s/ Laurence E. Butler

4

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF   Case No. 4:08-CV-03726
UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES