| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** |
| 2 | 975 Page Mill Road<br>Palo Alto, CA  94304<br>Tel: 650.856.3700 |
| 3 | Fax: 650.856.3710 |
| 4 | Robert E. Camors, Jr., CA BAR NO. 121204<br>Gina A. Bibby, CA BAR NO. 242657 |
| 5 | BOBCAMORS@FOLEY.COM<br>GBIBBY@FOLEY.COM |
| 6 | **FOLEY & LARDNER LLP** |
| 7 | 90 Park Avenue<br>New York, NY 10016-1314<br>Tel: 212.682.7474 |
| 8 | Fax: 212.687.2329 |
| 9 | Steven J. Rizzi (ADMITTED *Pro Hac Vice*)<br>SRIZZI@FOLEY.COM |
| 10 | Attorneys for Plaintiffs and Counterclaim Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.), INC., |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.), INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TESSERA, INC.,<br><br>        Defendant. | CASE NO. 4:08-cv-03726-CW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ROBERT E. CAMORS, JR. AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** |
| TESSERA, INC.,<br><br>        Counterclaimant,<br><br>    v.<br><br>ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.), INC.<br><br>        Counterclaim Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER
CASE NO. 4:08-CV-03726-CW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), Robert E. Camors, Jr., hereby seeks an Order from this Court allowing withdrawal as counsel in the above-captioned action.  Gina A. Bibby, of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, CA 94304-1013;  and Steven J. Rizzi (admitted *pro hac vice*), of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016-1314, will continue as counsel of record for Plaintiff and Counterclaim Defendants Advanced Semiconductor Engineering, Inc., ASE Test Limited, and ASE (U.S.), Inc. (collectively the "ASE Parties").  The ASE Parties have received notice of this withdrawal and have no objection.

Dated:  August 16, 2010         **FOLEY & LARDNER LLP**

                                BY:   /s/ *Robert E. Camors, Jr.*
                                        Robert E. Camors, Jr.

Dated:  August 16, 2010         **FOLEY & LARDNER LLP**

                                By:   /s/  *Gina A. Bibby*
                                      Gina A. Bibby
                                      Steven J. Rizzi
                                      ATTORNEYS FOR PLAINTIFFS AND
                                      COUNTERCLAIM DEFENDANTS
                                      ADVANCED SEMICONDUCTOR
                                      ENGINEERING, INC., ASE TEST LIMITED,
                                      AND ASE (U.S.), INC.

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____August 24_____, 2010        BY: _____
                                        Honorable Claudia Wilken
                                        United States District Court Judge